UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM FELKER, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-02719 GEB KJN (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 3, 2013, plaintiff's first amended complaint was dismissed with leave to file a second amended complaint. ECF No. 19. Plaintiff has now filed an amended complaint.[1]

The amended complaint states a potentially cognizable claim for relief against defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

////

////

---

[1] The court issued findings and recommendations on January 10, 2014, recommending dismissal of this action due to plaintiff's failure to timely file a second amended complaint. ECF No. 20. However, plaintiff's second amended complaint was in fact timely filed on January 3, 2014. ECF No. 21; see Houston v. Lack, 487 U.S. 266, 276 (1988). Accordingly, the court will vacate the January 10, 2014 findings and recommendations.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on January 10, 2014 (ECF No. 20), are vacated;

2. Service is appropriate for the following defendants:  Matthew Cate, D. Griffith, P. Statti, D. Spangle, B. Ingwerson, J. Lewis, L. Alexander, R. Anderson, C. Aston, J. Fannon, N. Guzman, M. Lindsey, S. Look, D. McBride, B. Ramsey, and B. Wheeler.

3. The Clerk of the Court shall send plaintiff 16 USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed January 3, 2014 (ECF No. 21).

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. 17 copies of the endorsed second amended complaint filed January 3, 2014.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated:  January 17, 2014

john2719.1.amd

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHNSON<br><br>        Plaintiff,<br><br>  v.<br><br>TOM FELKER, et al.<br><br>        Defendants. | No.  2:12-cv-02719 GEB KJN (PC)<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____
                          Amended Complaint

DATED:

                                        _____
                                        Plaintiff