IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE JOHNSON,** | Case No. 2:12-cv-02719 GEB KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **FELKER, et al.,** | |
| Defendants. | |

On July 11, 2014, defendants filed a motion to modify the discovery and scheduling order in light of their intention to file a motion for summary judgment based on plaintiff's alleged failure to exhaust his administrative remedies. Having considered defendants' motion, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify (ECF No. 35) is granted;

2. Defendants shall file their motion for summary judgment for failure to exhaust within thirty days from the date of this order;

3. Discovery is stayed until defendants' motion for summary judgment for failure to exhaust is resolved; and

////

////

4.  Thirty days after the district court rules on defendants' motion for summary judgment for failure to exhaust, the parties may serve discovery requests, if appropriate.

Dated:  July 18, 2014

/john2719.stydsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE